IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RICHARD PUSHEE,<br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br>SPECIAL INSURANCE SERVICES, INC., and<br>STEPHEN M. PEARSON ENTERPRISES, INC.<br>dba TREETOP TREE SERVICE<br>OCCUPATIONAL INJURY BENEFIT PLAN,<br>    Defendants. | Civil Action No. 4:11-cv-00406-BJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Richard Pushee, and Defendants, Ace American Insurance Company, Special Insurance Services, Inc. and Stephen M. Pearson Enterprises, Inc. dba Treetop Tree Service Occupational Injury Benefit Plan, and file this Stipulation of Dismissal With Prejudice and, in support thereof, would respectfully show the Court the following:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendants agree and hereby stipulate to dismiss this case, including all claims and/or causes of action which were or could have been raised by, on behalf of, or through the rights of Plaintiff against Defendants, which dismissal shall be complete and, without exception, with prejudice as to refiling.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court enter an Order of Dismissal With Prejudice dismissing all of Plaintiff's claims against Defendants in their entirety and without exception.

Respectfully submitted jointly:


s/Todd A. Smith
Todd A. Smith
Texas Bar No. 18689900
The Todd Smith Law Firm
1608 Airport Freeway, Ste. 100
Bedford, TX 76022
Telephone: 817-684-9400
Telecopier: 817-684-9403
E-mail: todd@toddsmithlaw.com
Attorney for Plaintiff


s/Douglas C. Bracken
Douglas C. Bracken
Texas Bar No. 00783697
Bennett, Weston, Lajone & Turner, PC
1750 Valley View Lane, Suite 120
Dallas, TX 75234
Telephone: 214-373-2565
Telecopier: 214-393-4065
Email: dbracken@bennettweston.com
Attorney for Defendants Ace American Insurance Company and Special Insurance Services, Inc.


s/Nicholas Bettinger
Nicholas Bettinger
Texas Bar No.: 02268470
McDonald Sanders
777 Main Street, Suite 1300
Fort Worth, TX 76102
Telephone: 817/336-8651
Telecopier: 817/334-0271
Email: nickb@mcdonaldlaw.com
Attorney for Defendant Stephen M. Pearson Enterprises, Inc. dba Treetop Tree Service Occupational Injury Benefit Plan